IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CIVIL NO.: 2:10-cv-00833 |
| ) | |
| vs. ) | |
| ) | |
| ROBIN M. SHAFER, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

AND NOW, to wit, this 15th day of Nov, 2010, after presentation and consideration of the foregoing Motion for Default and Default Judgment in Mortgage Foreclosure and for Deficiency Judgment as to Defendant, Robin M. Shafer, heretofore filed by Plaintiff, the United States of America, IT IS HEREBY ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that default is hereby entered against Defendant for failure to answer and judgment in mortgage foreclosure and an in personam judgment are entered against Defendant in favor of Plaintiff, as follows:

Principal.................................................................... $ 33,147.44

Interest to 11/10/10....................................................$ 5,937.95

Total Penalty Charges..............................................$ 2,349.66

Interest Credit Subject to Recapture....................$24,947.95

Total......................................................................$ 66,383.00

together with interest at the contractual rate to the date of judgment, plus interest from the date of judgment at the legal rate, reasonable attorneys' fees and collection costs.

It is further ORDERED that the subject property hereby shall be and is exposed for sale for the purpose of satisfying Plaintiff's judgment.

It is further ORDERED that Plaintiff shall be paid the amount adjudged due Plaintiff with interest thereon to the time of such payment, together with costs of this action and the expenses of sale.

It is further ORDERED that a deficiency judgment is entered against Defendant for the balance due and owing on the default judgment after deduction of monies received as the result of the sale of the subject property.

_____
United States District Judge